IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Kristine Margaret Awalt - #074426

　　　　　　　　　　　　　　　　　　　／

No. C 13-80280 WHA

**ORDER OF SUSPENSION**

　　Because Kristine Margaret Awalt has failed to respond to the order to show cause, Ms. Awalt's membership in the bar of this Court is hereby **SUSPENDED**.

　　**IT IS SO ORDERED.**

Dated:   March 6, 2014.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE